450 F.2d 338
 ROHM & HAAS COMPANY, Plaintiff-Appellee,
v.
M/T HADA, her engines, tackle, apparel, etc., and A/S J.
Ludwig Mowinckels Rederi, Defendants-Appellants.
 No. 71-2132 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 16, 1971.
 
 Frank Caton, Houston, Tex., for defendants-appellants; Baker & Botts, Houston, Tex., of counsel.
 Robert C. Davee, Houston, Tex., for plaintiff-appellee; Eastham, Watson, Dale & Forney, Houston, Tex., of counsel.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966